UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

ROBERTO ROMAN RODRIGUEZ RODRIGUEZ,

Plaintiff,

v.

Jason KNIGHT, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, Immigration and Customs Enforcement; Kenneth PORTER, Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; Todd BLANCHE, U.S. Attorney General; Mike HOLLINSHEAD, Sheriff of Elmore County,

Defendants.

Case No. 1:26-cv-00505-BLW

**ORDER**

Pending before the Court is Petitioner Roberto Roman Rodriguez Rodriquez's Petition for Habeas Relief Under 28 U.S.C. § 2241 (Dkt. 1). Petitioner is a native and citizen of Mexico. He alleges that he entered the United States in 2020 without admission or parole after inspection by an immigration officer and, further, that he fears for his safety if returned to Mexico.

Petitioner alleges that he was unlawfully detained by ICE during an August 5, 2026 "construction site raid[]." *Petition* ¶ 3, Dkt. 1. He is allegedly detained at the Elmore County Detention Center in Mountain Home, Idaho. *Id.* ¶¶ 20. 32.

Petitioner contends his detention is unlawful because the Department of Homeland Security (DHS) and the Executive Office for Immigration Review (EOIR) have determined that he is subject to mandatory detention without the possibility of bond under 8 U.S.C. § 1225(b)(2)(A). Petitioner has also filed a Motion for Temporary Restraining Order. *See* Dkt. 2.

Having considered the petition, the Court finds Petitioner may be entitled to relief. The Court will therefore order Respondents to respond to the petition in accordance with the instructions set forth below. *See Danforth v. Minnesota*, 552 U.S. 264, 278 (2008) (court may adjust habeas procedures based on "equitable and prudential considerations").

Accordingly, IT IS ORDERED that:

1. Respondents shall file a response to the Petition for Writ of Habeas Corpus (Dkt. 1) and to Petitioner's Motion for Temporary Restraining Order (Dkt. 2) no later than **August 19, 2026.**
2. Petitioner shall have an opportunity to file a reply no later than **August 22, 2026.**
3. Service of the Petition, Motion for Temporary Restraining Order, and this

Order shall be made by Petitioner, ***by certified mail***, on the United States Attorney for the District of Idaho by **August 17, 2026, a**nd shall constitute good and sufficient service.

4. To further expedite adjudication of this matter, the Clerk of Court is directed to promptly provide a copy of the Petition and this Order to the United States Attorneys' Office for the District of Idaho via email to this email address: USAID.HabeasPetitions@usdoj.gov.

5. To preserve the status quo, and pursuant to the All Writs Act, 28 U.S.C. § 1651, Petitioner may not be removed from the United States or the District of Idaho until further order of the Court.

6. To further preserve the status quo, and to protect the Petitioner's right to continued access to counsel, during the briefing and hearing process and until the Court can issue a decision, Respondents may not engage in activities or communications with Petitioner in an effort to secure the abandonment of his rights in this action or regarding his rights in removal proceedings without the presence of counsel.

DATED: August 14, 2026

B. Lynn Winmill
United States District Judge